IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No.: 18-cv-02779-RM-KLM

CYNDI HENDERSON

    Plaintiff,

v.

HOME DEPOT, U.S.A., INC.

    Defendant.

## ORDER

    Under D.C.COLO.LCivR 16.6(a), and as required under 28 U.S.C. § 652, "all litigants in civil actions shall consider the use of an alternative dispute resolution process." This matter is now before the Court on Defendant's Motion for Early Neutral Evaluation (ECF No. 59), requesting that an alternative dispute resolution process be held by Magistrate Judge Mix. Plaintiff, who proceeds *pro se*, has apparently not taken a position on the matter. Upon review of the court record and Defendant's motion, the Court finds no further briefing is required and good cause to grant the motion. It is therefore **ORDERED** that Defendant's Motion for Early Neutral Evaluation (ECF No. 59) is granted. Magistrate Judge Mix is authorized to conduct an early neutral evaluation and/or a settlement conference in this case.

    DATED this 17th day of April, 2019.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge